NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD ROMINE, DOC #R89431,                )
                                             )
                Appellant,                   )
                                             )
v.                                           )        Case No. 2D16-3729
                                             )
STATE OF FLORIDA,                            )
                                             )
                Appellee.                    )
_____)

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender, and
Dan Hallenberg, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katie Salemi-Ashby,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

                Affirmed.

LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.